THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 05-05437 RBL<br><br>**MOTION AND ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS CONDITIONALLY UNDER SEAL**<br><br>Note on Motion Calendar:<br>December 15, 2006<br><br>**CLERK'S ACTION REQUIRED** |

## I.  MOTION

Pursuant to Section VIII.2.b. of the Protective Order entered in this matter, Plaintiff submits to the Court the following documents CONDITIONALLY UNDER SEAL:

1. Plaintiffs' Motion for Class Certification;

2. Declaration of Nancy A. Pacharzina Submitted in Support of Plaintiffs' Motion for Class Certification and exhibits thereto;

3. Declaration of Chris Scott, Ph.D., in Support of Plaintiffs' Motion for Class Certification and exhibits thereto;

MOTION AND ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS
CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 1
//.0

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1      4.      Declaration of Ockert J. Van Der Schijff, Pr. Eng., Ph.D., in Support of
2  Plaintiffs' Motion for Class Certification and exhibits thereto; and
3      5.      Declaration of Gerald F. Zamiski, Ph.D., P.E., in Support of Plaintiffs' Motion
4  for Class Certification and exhibits thereto.
5      Each of these documents contain either documents or numerous references and quotes
6  of documents that Defendant designated as "Confidential Information" under the terms of the
7  Protective Order. Pursuant to Section VIII.2.b. of the Protective Order, Defendant has ten (10)
8  business days from the day these documents are submitted to the Court to file a motion to seal
9  the records pursuant to GR 15(c)(2)(B). If no such motion is filed, Plaintiffs will refile the
10 records unsealed after ten (10) business days.

## II. ORDER

In light of all the above:

**IT IS HEREBY ORDERED** the above listed records shall be conditionally sealed by the Clerk of the Court. If no motion to seal is filed within ten (10) business days after entry of this Order, the documents will be unsealed and refiled.

IT IS SO ORDERED this 12th day of December, 2006.

*(signature)*

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/Nancy A. Pacharzina
    Kim D. Stephens, WSBA #11984
    kstephens@tousley.com
    Nancy A. Pacharzina , WSBA #25946
    npacharzina@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington  98101
    Telephone:  206.682.5600

MOTION AND ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS
CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 2
//.0

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Jonathan D. Selbin, *Admitted Pro Hac Vice* |
| 2 | jselbin@lchb.com |
| | Lieff, Cabraser, Heimann & Bernstein, LLP |
| 3 | 780 Third Avenue, 48th Floor |
| | New York, New York 10017-2024 |
| 4 | Telephone: 212.355.9500 |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Lori E. Andrus, *Admitted Pro Hac Vice* |
| 6 | landrus@lchb.com |
| | H. John Gutierrez, *Admitted Pro Hac Vice* |
| 7 | hjgutierrez@lchb.com |
| | Embarcadero Center West |
| 8 | 275 Battery Street, 30th Floor |
| | San Francisco, California 94111-3339 |
| 9 | Telephone: 415.956.1000 |
| 10 | EDWARDS & HAGEN PS |
| | David L. Edwards, WSBA #4047 |
| 11 | dave@ehlaw.net |
| | 110 West Market, Suite 202 |
| 12 | P.O. Box 2016 |
| | Aberdeen, Washington 98520 |
| 13 | Telephone: 360.532.6210 |
| 14 | ***Attorneys for Plaintiffs*** |

MOTION AND ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS
CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 3
//.0

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis Smith  
smithd@wscd.com  
John M. Silk  
silk@wscd.com  
Wilson Smith Cochran & Dickerson  
1215 Fourth Avenue, Suite 1700  
Seattle, WA  98161-1010  
Tel:     206.223-4100  
Fax:    206.623-9273  

Bart L. Kessel  
bart.kessel@tuckerellis.com  
Tucker Ellis & West  
1000 Wilshire Boulevard, Suite 1800  
Los Angeles, CA  90017-2475  
Tel:     213.430.3388  
Fax:    213.430.3409  

DATED at Seattle, Washington this 6th day of December, 2006.

   /s/ Nancy A. Pacharzina  
Nancy A. Pacharzina , WSBA #25946  
npacharzina@tousley.com  
Attorneys for Plaintiffs  
TOUSLEY BRAIN STEPHENS PLLC  
1700 Seventh Avenue, Suite 2200  
Seattle, Washington  98101  
Tel:    206.682.5600  
Fax:   206.682.2992  

MOTION AND ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS CONDITIONALLY UNDER SEAL  
[NO. 05-05437 RBL] - 4  
//.0

**TOUSLEY BRAIN STEPHENS PLLC**  
1700 Seventh Avenue, Suite 2200  
Seattle, Washington  98101  
TEL. 206.682.5600 • FAX 206.682.2992