THE HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. CV05-5437-RBL<br><br>STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES |

## STIPULATION

IT IS HEREBY stipulated by counsel for the parties hereto that the following deadlines be extended:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Initial Expert Disclosures | March 14, 2007 | March 27, 2007 |
| Rebuttal Expert Disclosure | No Date Given | April 26, 2006 |
| Discovery Cut-Off | May 14, 2007 | June 1, 2007. |

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINES- 1

[CV05-5437-RBL]
/DS/1021.047

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| | |
|---|---|
| Dated: February 1, 2007 | TOUSLEY BRAIN STEPHENS PLLC |
| | |
| | By  */s/ Nancy A. Pacharzina (per electronic authorization* |
| | Kim D. Stephens, WSBA #11984 |
| | Nancy A. Pacharzina, WSBA #25946 |
| | 1700 Seventh Avenue, Suite 2200 |
| | Seattle, Washington  98101-1332 |
| | Telephone:  (206) 682-5600 |
| | |
| | Jonathan D. Selbin |
| | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 780 Third Avenue, 48th Floor |
| | New York, New York  10017 |
| | Telephone: (212) 355-9500 |
| | |
| | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Lori E. Andrus |
| | H. John Gutierrez |
| | 275 Battery Street, 30th Floor |
| | San Francisco, California  94111 |
| | Telephone: (415) 956-1000 |
| | |
| | David L. Edwards |
| | EDWARDS & HAGEN P.S. |
| | 110 West Market, Suite 202 |
| | P.O. Box 2016 |
| | Aberdeen, WA  98520 |
| | |
| | *Attorneys for Plaintiffs* |

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINES- 2

[CV05-5437-RBL]
/DS/1021.047

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON  98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Dated: February 1, 2007

WILSON SMITH COCHRAN DICKERSON

By /s/ John M. Silk
   Dennis Smith WSBA# 5822
   John M. Silk WSBA #15035
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
(206)623-4100

Bart L. Kessel
TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90017-2475
(213)430-3400

Michael J. Valaik
Andrew Polovin
Mark L. Levine
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312)494-4400

*Attorneys for Defendants*

## ORDER

Based on the above Stipulation of counsel, IT IS SO ORDERED.

DATED this 2nd day of February, 2007.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINES- 3

[CV05-5437-RBL]
/DS/1021.047

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1
2
3
4   Presented by:
5   WILSON SMITH COCHRAN DICKERSON
6
7   By _/s/ John M. Silk_____
    Dennis Smith WSBA# 5822
    John M. Silk WSBA #15035
8   Of Attorneys for Defendants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION AND ORDER EXTENDING
DISCOVERY DEADLINES- 4

[CV05-5437-RBL]
/DS/1021.047

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273