THE HONORABLE RONALD B. LEIGHTON

05-CV-05437-ORD

FILED ___ LODGED
___ RECEIVED

MAR 12 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 05-05437 RBL<br><br>**MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Note on Motion Calendar:<br>February 14, 2007<br><br>**CLERK'S ACTION REQUIRED** |

## I. MOTION

Pursuant to Section VIII.2.b. of the Protective Order and the Court's January 18, 2007, Order on Defendant's Motion to Seal, Plaintiffs submit to the Court the following documents UNDER SEAL:

1. Plaintiffs' Reply Brief in Support of its Motion for Class Certification;

2. Reply Declaration of Nancy A. Pacharzina in Support of Plaintiffs' Motion for Class Certification and exhibits thereto;

3. Reply Declaration of Ockert J. Van Der Schijff, Pr. Eng., Ph.D., in Support of Plaintiffs' Motion for Class Certification; and

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS UNDER SEAL
[NO. 05-05437 RBL] - 1
4182/001/201623.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4. Reply Declaration of Gerald F. Zamiski, Ph.D., P.E., in Support of Plaintiffs' Motion for Class Certification.

While Plaintiffs do not concede the confidentiality of this information or waive their ability to challenge the confidentiality of the same or similar materials in the future, each of these documents contain either documents or numerous references to and quotes of documents that Defendant designated as "Confidential Information" under the terms of the Protective Order and which the Court ordered sealed pursuant to its January 18, 2007, Order on Defendant's Motion to Seal.

## II. ORDER

In light of all the above:

**IT IS HEREBY ORDERED** the above listed records shall be sealed by the Clerk of the Court.

DATED this 12th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/Nancy A. Pacharzina
    Kim D. Stephens, WSBA #11984
    kstephens@tousley.com
    Nancy A. Pacharzina, WSBA #25946
    npacharzina@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Telephone: 206.682.5600

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin, *Admitted Pro Hac Vice*
jselbin@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Telephone: 212.355.9500

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS UNDER SEAL
[NO. 05-05437 RBL] - 2
4182/001/201623.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | Lori E. Andrus, *Admitted Pro Hac Vice* |
| 2 | landrus@lchb.com |
|   | H. John Gutierrez, *Admitted Pro Hac Vice* |
| 3 | hjgutierrez@lchb.com |
|   | Embarcadero Center West |
| 4 | 275 Battery Street, 30th Floor |
|   | San Francisco, California 94111-3339 |
| 5 | Telephone: 415.956.1000 |
| 6 | EDWARDS & HAGEN PS |
|   | David L. Edwards, WSBA #4047 |
| 7 | dave@ehlaw.net |
|   | 110 West Market, Suite 202 |
| 8 | P.O. Box 2016 |
|   | Aberdeen, Washington 98520 |
| 9 | Telephone: 360.532.6210 |
| 10 | ***Attorneys for Plaintiffs*** |

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS UNDER SEAL
[NO. 05-05437 RBL] - 3
4182/001/201623.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992