THE HONORABLE RONALD B. LEIGHTON

05-CV-05437-ORD

FILED ___ LODGED
___ RECEIVED

APR 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                                DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 05-05437 RBL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

## I. STIPULATION

When asking the Court to extend the discovery deadline in this matter, which extension the Court granted in its Order dated February 2, 2007, the Parties neglected to seek an extension for the related deadline to file all motions related to discovery. The Parties hereby stipulate that the deadline to file all motions related to discovery be extended from April 23, 2007, until <u>May 14, 2007</u>, a date three weeks prior to the current discovery cutoff date of June 1, 2007.

STIPULATION AND [PROPOSED] ORDER [NO. 05-05437 RBL] - 1
4182/001/204287.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | DATED this 17th day of April, 2007. |
| 2 | |
| 3 | TOUSLEY BRAIN STEPHENS PLLC |
| 4 | By: /s/ Nancy A. Pacharzina |

DATED this 17th day of April, 2007.

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Nancy A. Pacharzina
   Kim D. Stephens, WSBA #11984
   kstephens@tousley.com
   Nancy A. Pacharzina, WSBA #25946
   npacharzina@tousley.com
   1700 Seventh Avenue, Suite 2200
   Seattle, Washington 98101-1332
   Telephone: 206.682.5600

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
   Jonathan D. Selbin, Admitted *Pro Hac Vice*
   jselbin@lchb.com
   Paulina do Amaral
   pdoamaral@lchb.com
   780 Third Avenue, 48th Floor
   New York, New York 10017
   Telephone: 212.355.9500

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
   Lori E. Andrus, *Admitted Pro Hac Vice*
   landrus@lchb.com
   H. John Gutierrez, *Admitted Pro Hac Vice*
   hjgutierrez@lchb.com
   275 Battery Street, 30th Floor
   San Francisco, California 94111
   Telephone: 415.956.1000

EDWARDS & HAGEN P.S.
   David L. Edwards, WSBA #4047
   dave@ehlaw.net
   110 West Market, Suite 202
   P.O. Box 2016
   Aberdeen, WA 98520
   Telephone: 360.532.6210

*Attorneys for Plaintiffs and the Class*

WILSON SMITH COCHRAN & DICKERSON

By: /s/ Dennis Smith [signed pursuant to authorization of 04/17/07]
   Dennis Smith, WSBA #5822
   smithd@wscd.com
   John M. Silk, WSBA # 15035
   silk@wscd.com
   1215 Fourth Avenue, Suite 1700
   Seattle, Washington 98161-1010
   Telephone: 206.623.4100

TUCKER ELLIS & WEST
   Bart L. Kessel, Admitted *Pro Hac Vice*
   bart.kessel@tuckerellis.com
   1000 Wilshire Boulevard, Suite 1800
   Los Angeles, California 90017-2475
   Telephone: 213.430-3400

BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
   Mark L. Levine, Admitted *Pro Hac Vice*
   Andrew Polovin, Admitted *Pro Hac Vice*
   Michael J. Valaik, Admitted *Pro Hac Vice*
   Brian Swanson, Admitted *Pro Hac Vice*
   54 West Hubbard Drive, Suite 300
   Chicago, IL 60610

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER [NO. 05-05437 RBL] - 2
4182/001/204287.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## II. ORDER

**IT IS SO ORDERED.**

DATED this 18th day of April, 2007.

UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/Nancy A. Pacharzina
Kim D. Stephens, WSBA #11984
kstephens@tousley.com
Nancy A. Pacharzina , WSBA #25946
npacharzina@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin, *Admitted Pro Hac Vice*
jselbin@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: 212.355.9500

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Lori E. Andrus, *Admitted Pro Hac Vice*
landrus@lchb.com
H. John Gutierrez, *Admitted Pro Hac Vice*
hjgutierrez@lchb.com
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

EDWARDS & HAGEN PS
David L. Edwards, WSBA #4047
dave@ehlaw.net
110 West Market, Suite 202
P.O. Box 2016
Aberdeen, WA 98520
Telephone: 360.532.6210