THE HONORABLE RONALD B. LEIGHTON

05-CV-05437-ORD

FILED / LODGED / RECEIVED
MAY 15 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others *similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 05-05437 RBL<br><br>**MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS CONDITIONALLY UNDER SEAL**<br><br>Note on Motion Calendar:<br>May 14, 2007<br><br>**CLERK'S ACTION REQUIRED** |

## I. MOTION

Pursuant to Section VIII.2.b. of the Protective Order entered in this matter, Plaintiffs submit to the Court the following documents CONDITIONALLY UNDER SEAL:

1.  Declaration of Nancy A. Pacharzina Submitted in Support of Plaintiffs' Motion to Exclude Expert Testimony and exhibits thereto;

This document contains either documents or numerous references and quotes of documents that Defendant designated as "Confidential Information" under the terms of the Protective Order. Pursuant to Section VIII.2.b. of the Protective Order, Defendant has ten (10) business days from the day these documents are submitted to the Court to file a motion to seal

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 1
4182/001/205341.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

the records pursuant to GR 15(c)(2)(B). If no such motion is filed, Plaintiffs will refile the records unsealed after ten (10) business days.

## II. ORDER

In light of all the above:

**IT IS HEREBY ORDERED** the above listed records shall be conditionally sealed by the Clerk of the Court. If no motion to seal is filed within ten (10) business days after entry of this Order, the documents will be unsealed and refiled.

DATED this 15th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/Nancy A. Pacharzina
   Kim D. Stephens, WSBA #11984
   kstephens@tousley.com
   Nancy A. Pacharzina, WSBA #25946
   npacharzina@tousley.com
   1700 Seventh Avenue, Suite 2200
   Seattle, Washington 98101
   Telephone: 206.682.5600

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin, *Admitted Pro Hac Vice*
jselbin@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Telephone: 212.355.9500

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Lori E. Andrus, *Admitted Pro Hac Vice*
landrus@lchb.com
H. John Gutierrez, *Admitted Pro Hac Vice*
hjgutierrez@lchb.com
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 2
4182/001/205341.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992