THE HONORABLE RONALD B. LEIGHTON

05-CV-05437-ORD



FILED ___ LODGED
___ RECEIVED

MAY 15 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARRIER CORPORATION, a Delaware corporation,

Defendant.

NO. 05-05437 RBL

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING CERTAIN DISCOVERY AFTER THE DISCOVERY CUTOFF

## I. STIPULATION

The parties have been working to complete discovery in this matter, and in a parallel matter entitled *Mark Neuser et al, v. Carrier Corporation*, Case No. 06-C-645-S, which is pending in the United States District Court for the District of Wisconsin (hereafter, "the Wisconsin Action"). The Wisconsin Action is set for trial on June 25, 2007. In order to facilitate the completion of discovery in this action in a manner that does not compromise the parties' ability to prepare for trial in the Wisconsin Action, the parties have agreed and stipulate as follows:

STIPULATION AND [PROPOSED] ORDER ALLOWING
CERTAIN DISCOVERY AFTER THE DISCOVERY CUTOFF
[NO. 05-05437 RBL] - 1
4182/001/205382.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1.  1. Plaintiffs in this action shall be allowed eight more fact witness depositions in addition to those that have already been completed as of this date.

2.  2. The discovery cut-off date in this action, which is currently set for June 1, 2007, shall remain in place. However, Plaintiffs in this action shall be allowed to take the eight fact witness depositions described in paragraph 1, above, as follows:

    a. If the trial date in the Wisconsin Action is either continued or vacated, Plaintiffs in this action shall have until June 29, 2007, to complete the eight fact witness depositions; or

    b. If the trial date in the Wisconsin Action is neither continued nor vacated, Plaintiffs in this action shall have 30 days after completion of the trial in the Wisconsin action in which to complete the eight fact witness depositions. Plaintiffs shall be barred from taking the eight fact witness depositions between June 2, 2007, and the completion of the trial in the Wisconsin Action. The parties agree it is unlikely the Wisconsin trial will last more than two weeks, thus, in all cases discovery in this action should be completed, at the latest, by mid-August.

The parties do not seek to continue the trial date or any other deadline in the current case schedule.

DATED this 15th day of May, 2007.

| TOUSLEY BRAIN STEPHENS PLLC | TUCKER ELLIS & WEST |
|---|---|
| By: /s/ Nancy A. Pacharzina<br>Nancy A. Pacharzina, WSBA #25946<br>Kim D. Stephens, WSBA #11984<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101 | By: /s/ Bart L. Kessel [by authorization of 05/15/07]<br>Bart L. Kessel<br>Matthew I. Kaplan<br>1000 Wilshire Boulevard, Suite 1800<br>Los Angeles, California 90017-2475 |

STIPULATION AND [PROPOSED] ORDER ALLOWING
CERTAIN DISCOVERY AFTER THE DISCOVERY CUTOFF
[NO. 05-05437 RBL] - 2
4182/001/205382.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | WILSON SMITH COCHRAN & DICKERSON |
| 2 | Jonathan D. Selbin, Admitted *Pro Hac Vice* | Dennis Smith |
|   | Paulina do Amaral, Admitted *Pro Hac Vice* | John M. Silk |
| 3 | 780 Third Avenue, 48th Floor | 1215 Fourth Avenue, Suite 1700 |
|   | New York, New York  10017-2024 | Seattle, Washington  98161-1010 |
| 4 | | |
| 5 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP | BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP |
| 6 | Kristen Law | Mark L. Levine |
|   | H. John Gutierrez, Admitted *Pro Hac Vice* | Michael J. Valaik |
| 7 | 275 Battery Street, Suite 3000 | Andrew Polovin |
|   | San Francisco, CA  94111-3339 | Courthouse Place |
| 8 | | 54 West Hubbard Drive, Suite 300 |
| 9 | *Attorneys for Plaintiffs* | Chicago, IL  60610 |
| 10 | | *Attorneys for Defendant* |

STIPULATION AND [PROPOSED] ORDER ALLOWING
CERTAIN DISCOVERY AFTER THE DISCOVERY CUTOFF
[NO. 05-05437 RBL] - 3
4182/001/205382.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## II. ORDER

IT SO ORDERED.

ENTERED this 16th day of May, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON,
UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/Nancy A. Pacharzina
   Kim D. Stephens, WSBA #11984
   kstephens@tousley.com
   Nancy A. Pacharzina, WSBA #25946
   npacharzina@tousley.com
   1700 Seventh Avenue, Suite 2200
   Seattle, Washington 98101
   Telephone: 206.682.5600

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Jonathan D. Selbin, Admitted Pro Hac Vice
   jselbin@lchb.com
   Paulina do Amaral, Admitted Pro Hac Vice
   pdoamaral@lchb.com
   Lieff, Cabraser, Heimann & Bernstein, LLP
   780 Third Avenue, 48th Floor
   New York, New York 10017-2024
   Telephone: 212.355.9500

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Lori E. Andrus, Admitted Pro Hac Vice
   landrus@lchb.com
   H. John Gutierrez, Admitted Pro Hac Vice
   hjgutierrez@lchb.com
   Embarcadero Center West
   275 Battery Street, 30th Floor
   San Francisco, California 94111-3339
   Telephone: 415.956.1000
   Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER ALLOWING
CERTAIN DISCOVERY AFTER THE DISCOVERY CUTOFF
[NO. 05-05437 RBL] - 4
4182/001/205382.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

```
 1  Copy Received; Form Approved, and
    Notice of Presentation Waived By:
 2
    TUCKER ELLIS & WEST
 3  Bart L. Kessel, Admitted Pro Hac Vice
    Matthew I. Kaplan
 4  1000 Wilshire Boulevard, Suite 1800
    Los Angeles, California  90017-2475
 5  Tel:   213.430-3400

 6
    WILSON SMITH COCHRAN & DICKERSON
 7  Dennis Smith, WSBA #5822
    John M. Silk, WSBA #15035
 8  1215 Fourth Avenue, Suite 1700
    Seattle, Washington  98161-1010
 9  Tel:   206.623-4100

10
    BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
11  Mark L. Levine, Appearing Pro Hac Vice
    Andrew Polovin, Appearing Pro Hac Vice
12  Michael J. Valaik, Appearing Pro Hac Vice
    Brian Swanson, Appearing Pro Hac Vice
13  54 West Hubbard Drive, Suite 300
    Chicago, IL  60610
14  Tel:   312.494.4400
```

STIPULATION AND [PROPOSED] ORDER ALLOWING
CERTAIN DISCOVERY AFTER THE DISCOVERY CUTOFF
[NO. 05-05437 RBL] - 5
4182/001/205382.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992