THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>     Defendant. | NO. 05-05437 RBL<br><br>ORDER APPROVING PROPOSED FORMS OF NOTICE AND NOTICE PLAN AND ORDERING IMPLEMENTATION OF THE NOTICE PLAN |

Plaintiffs' Motion for Approval of Proposed Forms of Notice and Notice Plan, after being duly noticed, came on regularly for hearing before the undersigned judge on May 29, 2007. Defendant does not oppose the motion. The Court has considered this motion, the Affidavit of Todd B. Hilsee on Class Certification Notice Plan and the exhibits attached thereto, and the files and records herein.

Based on the foregoing, the Court finds Plaintiffs' Motion for Approval of Proposed Form of Notice and Notice Plan is appropriate and should be granted.

ORDER APPROVING PROPOSED FORMS OF NOTICE AND NOTICE PLAN AND ORDERING IMPLEMENTATION OF THE NOTICE PLAN [NO. 05-05437 RBL]
- 1 -
625749.1

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
TEL: 415-956-1000 * FAX: 415-956-1008

- 1 -

1   THEREFORE, it is hereby ORDERED that Plaintiffs Proposed Forms of Notice and

2   Notice Plan are hereby approved in their entirety.

3   It is further ORDERED that the Notice Plan shall be implemented forthwith.

4   DATED this 29th day of May, 2007.

    [signature]

    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

Presented by:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/H. John Gutierrez
    H. John Gutierrez, *Admitted Pro Hac Vice*
    hjgutierrez@lchb.com
    Kristen Law
    klaw@lchb.com
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339
    Telephone: 415.956.1000

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Jonathan D. Selbin, *Admitted Pro Hac Vice*
    jselbin@lchb.com
    Paulina do Amaral, *Admitted Pro Hac Vice*
    Lieff, Cabraser, Heimann & Bernstein, LLP
    780 Third Avenue, 48th Floor
    New York, NY 10017-2024
    Telephone: 212.355.9500

TOUSLEY, BRAIN STEPHENS PLLC
    Kim D. Stephens, WSBA #11984
    kstephens@tousley.com
    Nancy A. Pacharzina, WSBA #25946
    npacharzina@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Telephone: 206.682.5600

ORDER APPROVING PROPOSED FORMS OF NOTICE AND NOTICE
PLAN AND ORDERING IMPLEMENTATION OF THE NOTICE PLAN
[NO. 05-05437 RBL]
- 2 -
625749.1

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
TEL: 415-956-1000 * FAX: 415-956-1008

- 2 -