The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. CV05-5437-RBL<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR CARRIER'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

## STIPULATION

IT IS HEREBY stipulated by counsel for the parties hereto that the deadline for Carrier to file its response to Plaintiffs' Motion for Leave to File an Amended Complaint is extended from May 29, 2007 to June 15, 2007, and that the motion shall be re-noted, for consideration on the Court's calendar for Friday, June 22, 2007. Plaintiffs' reply shall be filed on or before June 22, 2007.

STIP AND ORDER EXT DEADLINE FOR CARRIER TO FILE RESP TO PLFS' MTN FOR LEAVE TO AMEND - CV05-5437-RBL - 1

/DS/1021.047

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| | | |
|---|---|---|
| 3 | Dated: May 25, 2007 | TOUSLEY BRAIN STEPHENS PLLC |

By */s/ Nancy A. Pacharzina (per electronic authorization)*
    Kim D. Stephens, WSBA #11984
    Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
Telephone:  (206) 682-5600

Jonathan D. Selbin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, New York  10017
Telephone: (212) 355-9500

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Lori E. Andrus
H. John Gutierrez
275 Battery Street, 30th Floor
San Francisco, California  94111
Telephone: (415) 956-1000

Attorneys for Plaintiffs

Dated: May 25, 2007            WILSON SMITH COCHRAN DICKERSON

By */s/ John M. Silk*_____
    Dennis Smith WSBA# 5822
    John M. Silk WSBA #15035
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
(206)623-4100

Bart L. Kessel
TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90017-2475
(213)430-3400

STIP AND ORDER EXT DEADLINE FOR CARRIER
TO FILE RESP TO PLFS' MTN FOR LEAVE TO
AMEND - CV05-5437-RBL - 2

/DS/1021.047

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Michael J. Valaik
Andrew Polovin
Mark L. Levine
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312)494-4400

Attorneys for Defendants

ORDER

Based on the above Stipulation of counsel, IT IS SO ORDERED.

DATED this 29th day of May, 2007.

*Ronald B. Leighton* (signature)

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON


By  */s/ John M. Silk*
    Dennis Smith WSBA# 5822
    John M. Silk WSBA #15035
    Of Attorneys for Defendants

STIP AND ORDER EXT DEADLINE FOR CARRIER
TO FILE RESP TO PLFS' MTN FOR LEAVE TO
AMEND - CV05-5437-RBL - 3

/DS/1021.047

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273