THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 05-05437 RBL<br><br>DEFENDANT'S MOTION AND ORDER FOR LEAVE TO FILE SURREPLY<br><br>Note for Consideration: June 13, 2007 (CR 7(d)(2) |

## I.   MOTION

Defendant Carrier Corporation moves for leave to file the attached Surreply Regarding Plaintiff's Motion to Exclude Expert Testimony. Carrier requests leave so that it may have an opportunity to advise the Court of its position regarding the request for alternative relief that the Plaintiffs made in their reply, for the first time, i.e., to "allow Plaintiffs to supplement their expert disclosures." (Pl. Reply at 2, 6).

DEFENDANT'S MOTION AND ORDER FOR
LEAVE TO FILE SURREPLY - 1

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this 4th day of June, 2007.

        WILSON SMITH COCHRAN DICKERSON

By */s/ John M. Silk*
    John M. Silk, WSBA # 15035
    of Attorneys for Defendant
    Carrier Corporation

## II.  ORDER

Defendant Carrier is hereby granted leave to file the attached Surreply Regarding Plaintiff's Motion to Exclude Expert Testimony.

DATED this 11th day of June, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

By */s/ John M. Silk*
    John M. Silk, WSBA# 15035
    Of Attorneys for Defendant

DEFENDANT'S MOTION AND ORDER FOR
LEAVE TO FILE SURREPLY - 2

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273