THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 05-05437 RBL<br><br>DEFENDANT'S MOTION AND ORDER TO SEAL<br><br>NOTE FOR: June 29, 2007 |

## I. Relief Requested

Carrier requests that the Court enter an order sealing the record as to the Report of M. Laurentius Marais that is attached as Exhibit 2 to the Declaration of John M. Silk (filed 6/11/07) and as to the discussion of the Marais report that is found at pages 7-8 of Defendant Carrier Corporation's Motion to Decertify the Class (filed 6/11/07).

## II. Discussion

The Marais report was initially filed in this court under conditional seal, in

DEFENDANT'S MOTION AND ORDER TO SEAL- 1

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

conjunction with Plaintiffs' motion to exclude certain expert testimony. Doc. # 104. See Exhibit H to the Declaration of Nancy Parcharzina, Doc. # 106.

Carrier has filed a motion to seal the Marais report and the other expert reports that were attached to the Pacharzina Declaration. See Doc. # 106. In conjunction with its motion, Carrier submitted the Declaration of Daniel J. Dempsey, PE. Doc. #. 122. In that Declaration, Mr. Dempsey explained that warranty claims information in the Marais report is confidential and proprietary information that should be maintained under seal. See Dempsey Declaration, Doc. # 122, at pp. 8-9. That motion to seal is pending. For the same reasons noted in Carrier's prior motion to seal, the Court should seal the record as to the Marais report.

At pages 7-8 of Carrier's motion for decertification, there are references to Dr. Marais' calculation of Carrier's national warranty claim rate for Team 40 furnaces, the overall rate and the rate for the pre-team 40 furnaces. This is the same kind of information that Mr. Dempsey has shown to be confidential, and for that reason those portions of pages 7 and 8 should be sealed.

A proposed form of order accompanies this motion.

DATED this 11th day of June, 2007.

                WILSON SMITH COCHRAN DICKERSON


                By  */s/ John M. Silk*
                    John M. Silk, WSBA # 15035
                    of Attorneys for Defendant
                    Carrier Corporation

DEFENDANT'S MOTION AND ORDER TO SEAL- 2

Case No. 05-05437 RBL

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

**ORDER**

Defendant Carrier is hereby granted leave to file under seal:

1. Pages 7 and 8 of Defendant Carrier Corporation's Motion to Decertify the Class; and

2. Exhibit 2 to the Declaration of John M. Silk in Support of Carrier's Motion to Decertify the Class.

DATED this 21st day of June, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

DEFENDANT'S MOTION AND ORDER TO SEAL- 3

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273