THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 05-05437 RBL<br><br>ORDER GRANTING CARRIER'S MOTION TO SEAL |

Carrier has moved for an order sealing the record as to the Exhibits to the Declaration of Nancy Pacharzina (Doc, # 106):

1. Report of Chris Scott (Pacharzina Declaration, Ex. A)
2. Report of William P. Spohn, P.E. (Pach. Dec., Ex. B)
3. Report of Ockert J. Van Der Schijff, Pr.Eng, Ph.D, (Pach. Dec., Ex. C)
4. Report of Gerald F. Zamiski, Ph.D., P.E. (Pach. Dec., Ex. D)
5. Report of Patrick DeLangis, (Pach. Dec., Ex. E)
6. Report of M. Laurentius Marais (Pach. Dec., Ex. H)
7. Report of Lawrence E. Eiselstein, (Pach. Dec., Ex. I)
8. Report of Kimble J. Clark, (Pach. Dec., Ex. J)
9. Report of Daniel J. Dempsey, PE (Pach. Dec., Ex. K) and
10. Report of Howard Jameson (Pach. Dec., Ex. L).

ORDER GRANTING CARRIER'S MOTION TO SEAL - 1

Case No. 05-05437 RBL

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Carrier also requests that the Court order that this motion and the Declaration of Daniel J. Dempsey, PE be kept under seal.

The Court has reviewed the following submissions:

1. Defendant's Motion to Seal;

2. Declaration of Daniel J. Dempsey, PE dated May 29, 2007; and

3. Order dated January 10, 2007 (Doc. # 65).

Based on the files and pleadings herein, the following exhibits to the Declaration of Nancy Pacharzina shall remain under seal:

1. Report of Chris Scott (Pacharzina Declaration, Ex. A)
2. Report of William P. Spohn, P.E. (Pach. Dec., Ex. B)
3. Report of Ockert J. Van Der Schijff, Pr.Eng, Ph.D, (Pach. Dec., Ex. C)
4. Report of Gerald F. Zamiski, Ph.D., P.E. (Pach. Dec., Ex. D)
5. Report of Patrick DeLangis, (Pach. Dec., Ex. E)
6. Report of M. Laurentius Marais (Pach. Dec., Ex. H)
7. Report of Lawrence E. Eiselstein, (Pach. Dec., Ex. I)
8. Report of Kimble J. Clark, (Pach. Dec., Ex. J)
9. Report of Daniel J. Dempsey, PE (Pach. Dec., Ex. K) and
10. Report of Howard Jameson (Pach. Dec., Ex. L).

This motion and the Declaration of Daniel J. Dempsey, PE dated May 29, 2007 shall also remain under seal.

ORDER GRANTING CARRIER'S MOTION TO SEAL - 2

Case No. 05-05437 RBL

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

The foregoing documents shall be maintained under seal unless as otherwise provided by further order of the Court.

DATED this 21st day of June, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

By _/s/ John M. Silk_____
    John M. Silk, WSBA# 15035
    Of Attorneys for Defendant

ORDER GRANTING CARRIER'S MOTION TO SEAL - 3

Case No. 05-05437 RBL

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273