THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CARRIER CORPORATION, a Delaware corporation, <br><br> Defendant. | No. 05-05437 RBL <br><br> ORDER GRANTING CARRIER'S MOTION TO SEAL |

Carrier has moved for an order sealing the record as to Defendant's Motion to Seal, the Declaration of Daniel J. Dempsey, PE dated May 29, 2007, and the Declaration of Brian Swanson (and exhibit thereto).

The Court has reviewed the following submissions:

1.      Defendant's Motion and Order  to Seal;

2.      Defendant Carrier Corporation's Response to Plaintiffs' Motion to Exclude Expert Testimony;

3.      Declaration of Daniel J. Dempsey, PE dated May 29, 2007; and

ORDER GRANTING CARRIER'S MOTION TO
SEAL - 1

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

4.        Declaration of Brian Swanson and Exhibit 1 thereto (Report of Daniel Dempsey dated November 3, 2006).

Based on the files and pleadings herein, Defendant Carrier is hereby granted leave to file the following documents under seal:

1.        Defendant's Motion and Order  to Seal;

2.        Defendant Carrier Corporation's Response to Plaintiffs' Motion to Exclude Expert Testimony;

3.        Declaration of Daniel J. Dempsey, PE dated May 29, 2007; and

4.        Declaration of Brian Swanson and Exhibit 1 thereto (Report of Daniel Dempsey dated November 3, 2006).

The foregoing documents shall be maintained under seal unless as otherwise provided by further order of the Court.

DATED this 21st day of June, 2007.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON


By _/s/ John M. Silk_____
      John M. Silk, WSBA# 15035
      Of Attorneys for Defendant


ORDER GRANTING CARRIER'S MOTION TO
SEAL - 2

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING CARRIER'S MOTION TO
SEAL - 3

*Case No. 05-05437 RBL*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273