THE HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

JUL 1 9 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

**05-CV-05437-ORD**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR ADVENTIST CHRISTIAN SCHOOL, a Washington non-profit organization; GREG G. BOGDANOVICH, an individual; and MARY LAFOREST, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. 05-05437 RBL<br><br>**MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL DOCUMENTS CONDITIONALLY UNDER SEAL**<br><br>Note on Motion Calendar: July 17, 2007<br><br>**CLERK'S ACTION REQUIRED** |

## I. MOTION

Pursuant to Section VIII.2.b. of the Protective Order entered in this matter, Plaintiffs submit to the Court the following documents CONDITIONALLY UNDER SEAL:

1.     Plaintiffs' Opposition to Defendant Carrier's Motion to Decertify the Class;

2.     Declaration of Nancy A. Pacharzina Submitted in Support of Plaintiffs' Opposition to Defendant Carrier's Motion to Decertify the Class and exhibits thereto.

These document contain either documents or numerous references and quotes of documents that Defendant designated as "Confidential Information" under the terms of the Protective Order.  Pursuant to Section VIII.2.b. of the Protective Order, Defendant has ten (10)

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  business days from the day these documents are submitted to the Court to file a motion to seal

2  the records pursuant to GR 15(c)(2)(B).  If no such motion is filed, Plaintiffs will refile the

3  records unsealed after ten (10) business days.

### II. ORDER

5      In light of all the above:

6      **IT IS HEREBY ORDERED** the above listed records shall be conditionally sealed by

7  the Clerk of the Court.  If no motion to seal is filed within ten (10) business days after entry of

8  this Order, the documents will be unsealed and refiled.

9      DATED this ___ day of July, 2007.

10

11  _____
    UNITED STATES DISTRICT JUDGE

12  Presented by:

13  TOUSLEY BRAIN STEPHENS PLLC

14
    By: /s/Nancy A. Pacharzina
15      Kim D. Stephens, WSBA #11984
        kstephens@tousley.com
16      Nancy A. Pacharzina , WSBA #25946
        npacharzina@tousley.com
17      1700 Seventh Avenue, Suite 2200
        Seattle, Washington  98101
18      Telephone:  206.682.5600

19      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
        Jonathan D. Selbin, *Admitted Pro Hac Vice*
20      jselbin@lchb.com
        Paulina do Amaral, *Admitted Pro Hac Vice*
21      pdoamaral@lchb.com
        Lieff, Cabraser, Heimann & Bernstein, LLP
22      780 Third Avenue, 48th Floor
        New York, New York  10017-2024
23      Telephone:  212.355.9500

24

25

26

27

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 2
4182/001/205341.2

1    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     Kristen Law, *Admitted Pro Hac Vice*
2    klaw@lchb.com
     H. John Gutierrez, *Admitted Pro Hac Vice*
3    hjgutierrez@lchb.com
     Embarcadero Center West
4    275 Battery Street, 30th Floor
     San Francisco, California  94111-3339
5    Telephone:  415.956.1000

6        *Attorneys for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MOTION AND [PROPOSED] ORDER TO SUBMIT CONFIDENTIAL
DOCUMENTS CONDITIONALLY UNDER SEAL
[NO. 05-05437 RBL] - 3
4182/001/205341.2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992