1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GRAYS HARBOR ADVENTIST CHRISTIAN
SCHOOL, a Washington non-profit
organization; GREG G. BOGDANOVICH, an
individual; MARY LAFOREST, an individual;
and BRUCE KELLEY, an individual, on behalf
of themselves and all others similarly situated,

                                Plaintiffs,

        v.

CARRIER CORPORATION, a Delaware
corporation,

                                Defendant.

CLASS ACTION

NO. 05-05437 RBL

SECOND STIPULATION AND
ORDER REGARDING
SUPPLEMENTAL EXPERT
DISCLOSURES

Noted on Motion Calendar:
September 14, 2007

## I. STIPULATION

The Parties hereby stipulate to the following proposed modifications to certain

deadlines in the Court's Order on Stipulation re Supplemental Expert Disclosures entered

August 17, 2007.  Deadlines to depose experts and file summary judgment motions remain

unchanged:

        Deadline for Plaintiffs and Defendant
        to file any supplemental expert reports          September 28, 2007

SECOND STIPULATION AND  ORDER REGARDING
SUPPLEMENTAL EXPERT DISCLOSURES [CLASS ACTION] - 1
//.0

1    DATED this 17th day of September, 2007.

2

3   TOUSLEY BRAIN STEPHENS PLLC                TUCKER ELLIS & WEST

4   By: /s/Nancy A. Pacharzina                 By: /s/ Bart L. Kessel [by email approval]
5       Kim D. Stephens, WSBA #11984               Bart L. Kessel, *Pro Hac Vice*
        kstephens@tousley.com                       bart.kessel@tuckerellis.com
6       Nancy A. Pacharzina, WSBA #25946           Matthew I. Kaplan
        npacharzina@tousley.com                     1000 Wilshire Boulevard, Suite 1800
7       1700 Seventh Avenue, Suite 2200            Los Angeles, California  90017-2475
        Seattle, Washington  98101
8       Telephone:  206.682.5600                WILSON SMITH COCHRAN &
                                                DICKERSON
9   LIEFF, CABRASER, HEIMANN &                      Dennis Smith WSBA #5822
    BERNSTEIN, LLP                                  smithd@wscd.com
10      Jonathan D. Selbin, *Pro Hac Vice*          John M. Silk WSBA # 15035
        jselbin@lchb.com                            silk@wscd.com
11      Paulina do Amaral, *Pro Hac Vice*           1215 Fourth Avenue, Suite 1700
        pdoamaral@lchb.com                          Seattle, Washington  98161-1010
12      780 Third Avenue, 48th Floor               Telephone:  206.623.4100
        New York, New York  10017-2024
13      Telephone:  212.355.9500                BARTLIT BECK HERMAN PALENCHAR
                                                & SCOTT, LLP
14  LIEFF, CABRASER, HEIMANN &                      Mark L. Levine, *Pro Hac Vice*
    BERNSTEIN, LLP                                  mark.levine@bartlit-beck.com
15      Kristen E. Law, *Pro Hac Vice*             Michael J. Valaik, *Pro Hac Vice*
        klaw@lchb.com                               michael.valaik@bartlit-beck.com
16      Embarcadero Center West                     Andrew Polovin, *Pro Hac Vice*
        275 Battery Street, 30th Floor              andrew.polovin@bartlit-beck.com
17      San Francisco, California  94111-3339      Courthouse Place
        Telephone:  415.956.1000                   54 West Hubbard Drive, Suite 300
                                                    Chicago, Illinois  60610
18  *Attorneys for Plaintiffs*
                                                *Attorneys for Defendant*
19

20

21

22

23

24

25

26

27

**II.  ORDER**

IT IS SO ORDERED this 17th day of September, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By:  /s/Nancy A. Pacharzina
    Kim D. Stephens, WSBA #11984
    kstephens@tousley.com
    Nancy A. Pacharzina , WSBA #25946
    npacharzina@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington  98101
    Telephone:  206.682.5600

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Jonathan D. Selbin, *Pro Hac Vice*
    jselbin@lchb.com
    Paulina do Amaral, *Pro Hac Vice*
    pdoamaral@lchb.com
    Lieff, Cabraser, Heimann & Bernstein, LLP
    780 Third Avenue, 48th Floor
    New York, New York  10017-2024
    Telephone:  212.355.9500

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Kristen E. Law, *Pro Hac Vice*
    klaw@lchb.com
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, California  94111-3339
    Telephone:  415.956.1000

*Attorneys for Plaintiffs*

SECOND STIPULATION AND  ORDER REGARDING
SUPPLEMENTAL EXPERT DISCLOSURES [NO. 05-05437 RBL] - 3
//.0

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

Copy Received; Form Approved, and
Notice of Presentation Waived By:

TUCKER ELLIS & WEST
Bart L. Kessel, *Pro Hac Vice*
bart.kessel@tuckerellis.com
Matthew I. Kaplan
1000 Wilshire Boulevard, Suite 1800
Los Angeles, California  90017-2475
Tel:    213.430-3400

WILSON SMITH COCHRAN & DICKERSON
Dennis Smith, WSBA #5822
smithd@wscd.com
John M. Silk, WSBA #15035
silk@wscd.com
1215 Fourth Avenue, Suite 1700
Seattle, Washington  98161-1010
Tel:    206.623-4100

BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
Mark L. Levine, *Pro Hac Vice*
mark.levine@bartlit-beck.com
Andrew Polovin, *Pro Hac Vice*
andrew.polovin@bartlit-beck.com
Michael J. Valaik, *Pro Hac Vice*
michael.valaik@bartlit-beck.com
Brian Swanson, *Pro Hac Vice*
54 West Hubbard Drive, Suite 300
Chicago, Illinois  60610
Tel:    312.494.4400

***Attorneys for Defendant***

SECOND STIPULATION AND  ORDER REGARDING
SUPPLEMENTAL EXPERT DISCLOSURES [NO. 05-05437 RBL] - 4
//.0

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

Dennis Smith
smithd@wscd.com
John M. Silk
silk@wscd.com
Wilson Smith Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA  98161-1010
Tel:     206.223-4100
Fax:    206.623-9273

Bart L. Kessel
bart.kessel@tuckerellis.com
Tucker Ellis & West
515 South Flower Street, 42nd Floor
Los Angeles, CA  90071-2223
Tel:     213.430.3388
Fax:    213.430.3409

Mark L. Levine, *Pro Hac Vice*
mark.levine@bartlit-beck.com
Michael J. Valaik, *Pro Hac Vice*
michael.valaik@bartlit-beck.com
Andrew Polovin, *Pro Hac Vice*
andrew.polovin@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott, LLP
Courthouse Place
54 West Hubbard Drive, Suite 300
Chicago, IL  60610

DATED at Seattle, Washington, this 17th day of September, 2007.


    /s/ Nancy A. Pacharzina
Nancy A. Pacharzina , WSBA #25946
npacharzina@tousley.com
Attorneys for Plaintiffs
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
Tel:     206.682.5600
Fax:    206.682.2992

SECOND STIPULATION AND  ORDER REGARDING
SUPPLEMENTAL EXPERT DISCLOSURES [NO. 05-05437 RBL] - 5
//.0

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992