March 19,2008



Clerk of Court
3100 United States Courthouse
1717 Pacific Avenue
Tacoma,WA 98402

In The Matter Of:

GRAYS HARBOR ADVENTIST SCHOOL V CARRIER CORPORATION
CV05-5437

ONE
I object to the proposed settlement.
Reidsville Heating and Air Conditioning,Inc.,informs me that I paid $377.72 for labor for the CHX replacement.After viewing my personal check register,I have ascertained that I have paid $1,601.98 to Reidsville Heating and Air Conditioning,Inc. between February 28,2003 and September 24,2004 for work performed on this unit.On November 12,2007,I paid another $90.00 for a service call because of malfunction,which still has not been identified.The unit has to be restarted manually by myself at least once or twice a day when in operation.I perform this by flipping an electrical breaker inside my house.Since the unit will not start overnight at times while my family is asleep,I have purchased a secondary portable infared "SUNHEAT" heating system for $502.00.In total I have incurred expenses of $2,193.98,still do not have reliable heat from the Carrier unit and quite frankly do not know when this predicament will end.  I would respectfully submit the CHX failure has over time caused damage to the entire Carrier unit.

TWO
Enclosures include the three page claim form requested and a copy of my last service call on November 12,2007 from Reidsville Heating and Air Conditioning,Inc.

THREE
Neither my attorney or myself plan to attend the formal hearing.

05-CV-05437-LTR

Respectfully submitted,

*Keith C. McKinney*
Keith C. McKinney
112 Everett Lane
Providence,N.C. 27315
H(336)388-5797 W (336)694-9311 Ext. 233

Notice Administrator for United States District Court
PO Box 56636
Jacksonville, FL 32241-6636

Account ID: 00467533



\* 3 6 5 - 4 6 7 5 3 3 - 5 8 4 9 2 4 \*

18526 \*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 273
KEITH MCKINNEY
112 EVERETT LN
PROVIDENCE, NC 27315-9615

## CLAIM FORM
## HIGH EFFICIENCY GAS FURNACE SETTLEMENT

This Claim Form is to be used only to apply for compensation for repairs or replacements of a secondary, or condensing heat exchanger ("CHX") in a Carrier, Bryant, Payne or Day & Night high efficiency gas furnace ("CHEF") manufactured and sold since January 1, 1989 due to a CHX Failure. For purposes of recovery, CHX Failure is defined as (1) a condition where the CHX in a CHEF was no longer functioning properly, requiring the replacement of the CHX; or (2) a condition where the failure of the CHX in a CHEF to function properly was imminent, requiring the replacement of the CHX.

If you have received reimbursement or payment from Carrier or one of its distributors or dealers in connection with the repair or replacement of a CHX, you may still be eligible to file a claim but your cash payment may be reduced by this payment or reimbursement. For more details, visit www.FurnaceClaims.com.

CHEF furnace model numbers that are included in the lawsuit are:

| Carrier | | | |
|---|---|---|---|
| 58SX* | 58DXC | 58MXB | 58MVP |
| 58SXA | 58MSA | 58UVB | 58MVB |
| 58SXC | 58MCA | 58SXB* | 58MTA |
| 58DX* | 58MXA | 58VUA | 58MTB |
| 58DXA | 58MCB | 58VCA | 58MVC |
| Bryant/Payne/Day & Night | | | |
| 398AAW* | 350MAV | 398BAZ | 490AAV |
| 398AAZ | 340AAV | 320AAZ | PG9MAA |
| 399AAW* | 350AAV | 321AAZ | PG9MAB |
| 399AAZ | 351DAS | 355MAV | 355CAV |
| 399AAV | 355BAV | 355AAV | 340MAV |
| 345MAV | 355BAV | 352MAV | 398BAW* |
| 352AAV | | | |

\*Note: On model numbers 58SX, 58DX, 58SXB, 398AAW, 399AAW, and 398BAW only those with serial numbers 89 or higher in the third and fourth position (i.e. xx89xxxxxx) are included in the settlement.

Certain documentation is required for reimbursement or payment from Carrier under this Settlement. If you are unable to locate this documentation you may contact your Carrier dealer for help in obtaining this information. You may also contact the Class Counsel at 1-800-949-0570 or email them at furnacehelp@lchb.com.

**QUESTIONS? CALL 1-866-517-2490 OR VISIT WWW.FURNACECLAIMS.COM**

1. **CLASS MEMBER INFORMATION.**

   Name and mailing address (*required*):

   Name: Keith C McKinney

   Business Name (if applicable)

   Number and Street: 112 Everett Lane

   City: Providence, State: N.C., Zip Code: 27315

   Telephone Number: (336) 388-5797 ; Email Address (*optional*): _____

2. **REQUIREMENTS OF CLAIM FORM.**

   In order to be eligible to receive a cash payment you must be in one of the following two categories. Please check which category applies to you:

   [✓] Class Members who suffered a CHX Failure and replaced the failed CHX with a new CHX in the existing furnace.

   [ ] Class Members who suffered a CHX Failure and decided to replace the CHEF with a new Furnace.

   If you check either of these BOXES, please complete the remaining sections of this Claim Form.

3. **REQUIREMENTS FOR CLASS MEMBERS WHO SUFFERED A CHX FAILURE AND REPLACED THE FAILED CHX WITH A NEW CHX OR REPLACED THE CHEF UNIT.**

   List Serial Number or please attach proof of purchase of Carrier CHEF that suffered the CHX failure or was replaced: 1694A17137

   Model Number of original CHEF that suffered the CHX failure or was replaced: Carrier 58MXA

   Date of Purchase of original CHEF: 05 / 28 / 94
   Month Day Year

   The name and address of the company that replaced the failed CHX or replaced the CHEF unit:

   Reidsville Heating & Air Conditioning, Inc.
   648 South Scales Street
   Reidsville, N.C. 27320

   Date that the failed CHX or CHEF was replaced: 12 / 19 / 03
   Month Day Year

Account ID: 00467533

4. **ADDITIONAL REQUIREMENTS FOR CLAIM TO BE APPROVED.**

Please attach one of the following documents: Invoice, cash register receipt, cancelled check, credit card receipt, or other documentation showing labor costs of replacing the failed CHX with a new CHX or new CHEF unit. If you do not have this information, you may still submit a Claim Form. The claims administrator will attempt to ascertain whether you are eligible for a payment by searching Carrier's warranty database.

5. **SIGN AND DATE THE CLAIM FORM.**

### DECLARATION OF PENALTY OF PERJURY STATEMENT

By signing and submitting this Claim Form, each person affirms under penalty of perjury that he or she: (a) is a member of the Settlement Class as defined in the Notice, or is acting for such a person under a power of attorney or as an executor, administrator, or heir; (b) has not filed a request to be excluded from the Settlement Class; (c) desires to participate in the proposed Settlement; (d) warrants that he or she is the only person entitled to receive the settlement amount.

Under the penalties of perjury, I affirm that I suffered a CHX failure and replaced the CHX with a new CHX or replaced the CHEF with a new furnace and did not receive reimbursement or payment from Carrier or, one of its dealers or distributors for the labor incurred in replacing the failed CHX or a credit or allowance from Carrier or, one of its distributors or dealers in connection with the replacement of the furnace, such as Carrier's trade-in allowance program, an extended warranty or a WTY program, or I have received reimbursement for labor incurred or a credit or allowance for a new furnace in the amount of $_____ (or approximately $_____ if not known).

_Keith C. McKinney_     _Keith C. McKinney_     _03_ / _19_ / _08_
Signature                Print Name               Month  Day  Year

6. **MAIL YOUR CLAIM FORM.**

In order to receive any cash payment from the settlement, you must submit a claim form online or mail your completed and signed claim form by first class mail, postage prepaid, postmarked by **August 1, 2008** to:

Furnace Claims
PO Box 56636
Jacksonville, FL 32241-6636

**REMINDER:** If you fail to submit this Claim Form, properly completed together with any required documentation, postmarked on or before August 1, 2008, you will be precluded from receiving any money from the Settlement of this litigation.

**COPIES:** You are urged to make and retain a copy of this Claim Form and of all documentation that you submit with it.

**QUESTIONS? CALL 1-866-517-2490 OR VISIT WWW.FURNACECLAIMS.COM**



# REIDSVILLE HEATING & AIR CONDITIONING, INC.

648 South Scales Street
Reidsville, NC 27320
(336) 349-2447

DATE BILLED 12/21/07

NAME _____

STREET Providence  STATE N.C.  ZIP 27315
CITY _____

## DIAGNOSTIC / MAINTENANCE CHECKLIST

### GAS BURNER / FURNACE
- Burner Assy.
- Venting Assy.
- Thermostat
- Filter
- Blower Assy.
- Electrical Wiring
- Operation
- Furnace Drain
- Gas Piping
- Safeties
- Vacuum Hoses
- Primary Voltage
- Secondary Voltage
- Ductwork
- Motor Amps
- Electrical Components
- Heat Exchanger

### OIL BURNER / FURNACE
- Burner Assy.
- Venting Assy.
- Thermostat
- Filter / Oil
- Blower Assy.
- Electrical Wiring
- Oil Lines
- Oil Tank
- Operation
- Primary Voltage
- Secondary Voltage
- Ductwork
- Motor Amps
- Electrical Components
- Air Filter
- Heat Exchanger

### AIR CONDITIONER / HEAT PUMP
- Thermostat
- Filter
- Drain Line
- Piping & Insulation
- Electrical Wiring
- Condensor Coil
- Condensor Fan Motor
- Motor Amps
- Compressor Amps
- Electrical Components
- Primary Voltage
- Defrost Control
- Secondary Voltage
- Operation
- Freon Charge
- Ductwork
- Indoor Temp.
- Outdoor Temp.
- Suct. Press.
- Head Press.

### AIR HANDLER
- Blower Assy.
- Filter
- Thermostat
- Motor Amps
- Electrical Wiring
- Electrical Components
- Strip Heater Amps
- Ductwork
- Primary Voltage
- Secondary Voltage
- Evaporator Coil
- Operation

__ HUMIDIFIER
__ AIR CLEANER

RECOMMENDATIONS: _____

---

Date 11/12  Technician JM  In _____  Out _____  Ticket # 09320
Service Location 1/2 Keith McKinney
1/2 Everett Lu Providence

| Phone | Alt Phone |
| Make | Model # |
| Serial # | Product # |

| REPAIR CODE | REPAIR DESCRIPTION | REPAIR AMOUNT |
|---|---|---|
|  | Cycled thing to tried Closed | |
|  | down boiler knob + clean | |
|  | Secondary Heat Exchanger | |
| 11/28 | Replaced Sec. Heat Exchange | |
|  |  | Still no |
|  | Warranty Claim # | |
|  | Heat Exchanger covered under warranty | |
|  | (20 yrs.) | |
|  | Labor covered under service Bulletin | |
| 12/7/07 | | |

Date ___/___/___  _____ After Hours  _____ Sat.  _____ Sun.  Diagnostic Charge  90 00

REPAIR AUTHORIZATION:  Freight Charge _____
Customer has _____ Authorized _____ Declined  TOTAL $90.00
Customer Purchase Order # _____  Amount Paid _____
                                  BALANCE DUE _____
CUSTOMER SIGNATURE _____

**TERMS:** Payment due when services rendered. A service charge will be added if not paid within 10 days.  Thank You

VISA _____ MC _____ Cash _____ Check _____
Card # _____
Exp. Date _____  Check # _____

All Repairs Are Warranted
For One Year
Materials & Labor